**DISMISS and Opinion Filed September 27, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00988-CV**

**SHEREEF KAMEL, Appellant**

**V.**

**SANDY WILLBANKS, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-52738-2024**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Cory L. Carlyle// |
|---|---|
| 240988f.p05 | CORY L. CARLYLE |
|  | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHEREEF KAMEL, Appellant

No. 05-24-00988-CV          V.

SANDY WILLBANKS, Appellee

On Appeal from the 470th Judicial District Court, Collin County, Texas Trial Court Cause No. 470-52738-2024.
Opinion delivered by Justice Carlyle. Justices Reichek and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SANDY WILLBANKS recover her costs of this appeal from appellant SHEREEF KAMEL.

Judgment entered this 27th day of September, 2024.